UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| AUSTIN TYLER JAMES MCCLENDON, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 3:23-cv-01157 |
|  | ) |  |
| DICKSON COUNTY SHERIFF'S OFFICE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

The Court has twice ordered Austin McClendon to submit an amended complaint that demonstrates a plausible right to relief under Federal Rule of Civil Procedure 8(a). Most recently, on January 3, 2024, the Court explained that the Complaint was insufficient to show a plausible right to relief against Dickson County because it did not, as required, include allegations that "county employees caused injury by carrying out the county's formal policies or practices . . . and specify the county policy or custom which is alleged to have caused the injury." (Doc. No. 11). The Court allowed Plaintiff an additional opportunity to submit an adequate amended complaint within thirty days.

Plaintiff, however, has not responded, or communicated with the Court in any way, by the deadline or during an additional five-week grace period. Thus, this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Federal Rules and want of prosecution. Fed. R. Civ. P. 8(a); Fed. R. Civ. P. 41(b); Carpenter v. City of Flint, 723 F.3d 700, 704 (6th Cir. 2013); Link v. Wabash R.R., 370 U.S. 626, 630 (1962). This form of dismissal allows McClendon

to bring a new action concerning these or other matters, subject to all applicable rules and time limits.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE